Name: John R. Gidding
Address: 44, rue Tony Neuman
Luxembourg, L-2241 G.-D. Luxembourg
Phone Number: (011) 352 2626 2949
E-mail Address: johngidding@me.com
*Pro Se*

BY FAX

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John R. Gidding<br><br>Plaintiff,<br><br>vs.<br><br>Zurich American Insurance Company et al.<br><br>Defendant. | Case Number: 3:15-cv-01176-HSG<br><br>[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING<br><br>DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:  3/30/2015                    *Haywood S. Gill Jr.*

United States District/~~Magistrate~~ Judge