UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. GIDDING,<br><br>    Plaintiff,<br><br>    vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY; THOMAS E. C. SMITH; TERESE SMITH; GLENDONBROOK PTY LTD.; DS CONTRACTS PTY LTD.; DALY SMITH PTY LTD.; DALY SMITH CORPORATION (AUST.) PTY LTD.; DALY SMITH CORPORATION (MANAGEMENT SERVICES) PTY LTD., and DOES 1 through 100,<br><br>    Defendants. | CASE NO. 3:15-cv-01176-HSG<br><br>**ORDER GRANTING STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 TO ENLARGE TIME FOR HEARING DISPOSITIVE MOTIONS**<br><br>The Honorable Haywood S. Gilliam, Jr.<br><br>Current Last Day for Hearing on Dispositive Motions:<br>January 26, 2017 at 2:00 p.m.<br><br>Proposed New Date:<br>February 16, 2017 at 2:00 p.m. (or the next available date)<br><br>Submitted Concurrently With:<br>1. Stipulation to Extend Time For Hearing; and<br>2. Declaration of Lindsey A. Morgan; |

1  The stipulated request by Defendant Zurich American Insurance Company
2  ("Zurich") and Plaintiff John Gidding under Local Rule 6-2 to enlarge the time for hearing
3  Zurich's dispositive motion from the current hearing deadline of January 26, 2017 to
4  February 16, 2017 is GRANTED.  The hearing deadline on dispositive motions in this case
5  is hereby changed to February 16, 2017.
6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated:  December 9, 2016

10  HAYWOOD S. GILLIAM, JR.
    UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Michelle Mejia, hereby certify that:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Two Embarcadero Center, Suite 1410, San Francisco, California 94111.

On December 6, 2016, I caused the **[PROPOSED] ORDER GRANTING STIPULATION PURSUANT TO CIVIL LOCAL RULE 6-2 TO ENLARGE TIME FOR HEARING ON DISPOSITIVE MOTIONS** to be served upon the parties listed below via U.S. Mail, as required by Local Rule 5-5:

**<u>VIA U.S. MAIL</u>**

John Gidding
44 Rue Tony Neuman
Luxembourg, LX L-2241
Luxembourg
johngidding@me.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Sinnott, Puebla, Campagne & Curet, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 6th day of December, 2016.

By: _____
MICHELLE MEJIA