UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN R. GIDDING; | CASE NO. 3:15-cv-01176-HSG |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER GRANTING STIPULATION TO ENLARGE TIME FOR RESPONES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| ZURICH AMERICAN INSURANCE COMPANY, a presumed Illinois corporation; GLENDONBROOK WINES PTY LTD., a presumed Australian corporation; JOHN DOE, an unknown entity; and DOES 2-25; | |
| | The Honorable Haywood S. Gilliam, Jr. |
| Defendants. | Hearing Date: February 16, 2017 |
| | Submitted Concurrently With: |
| | 1. Stipulation to Enlarge Time For Responses; and |
| | 2. Declaration of John R. Gidding. |

The stipulated request by Plaintiff John R. Gidding and Defendant Zurich American Insurance Company ("Zurich") under Local Rule 6/2 to enlarge time for responses to Zurich's Motion for Summary Judgment is GRANTED.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  12/29/2016

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE