UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN R. GIDDING, an individual;<br><br>    Plaintiff,<br><br>    vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a presumed Illinois corporation; GLENDONBROOK WINES PTY LTD., a presumed Australian corporation; JOHN DOE, an unknown entity; and DOES 2-25;<br><br>    Defendants. | CASE NO. 3:15-cv-01176-HSG<br><br>**ORDER GRANTING PLAINTIFF JOHN R. GIDDING LEAVE TO APPEAR BY TELEPHONE**<br><br>Time:  2:00 p.m.<br>Date:  February 16, 2017<br>Courtroom:  15<br>The Honorable Haywood S. Gilliam, Jr. |

Plaintiff John R. Gidding's request to appear by telephone at the above referenced hearing is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: February 6, 2017

*/s/ Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM. JR.
UNITED STATES DISTRICT JUDGE

1
CASE NO. 3:15-cv-01176-HSG
[PROPOSED] ORDER GRANTING JOHN R.GIDDING'S MOTION TO APPEAR BY TELEPHONE